# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>  v.<br><br>MICHELLE MURDOCK,<br>  Defendants. | CASE NO. 08CR4585-JM<br><br>**ORDER** |

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant MICHELLE MURDOCK's sentencing hearing currently scheduled for October 30, 2009 at 9:00 a.m. be continued to ***January 8, 2010*** at ***9:00 a.m.*** Defendant's acknowledgment of next court date will be filed by next week.

IT IS SO ORDERED.

DATED: October 29, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge