UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr4585 JM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO |
| | ) | CONTINUE SENTENCING |
| MICHELLE MURDOCK, | ) | [Docket No. 55] |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon the Joint Motion of counsel (Docket No. 55) and for good cause shown, the Sentencing Hearing currently scheduled before Judge Miller on March 8, 2010 is hereby continued to *9:00 a.m. on May 14, 2010.*

IT IS SO ORDERED.

DATED: March 4, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge